**RICHARD E. GRABOWSKI, SB#236207**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177 / FAX 441-1533

Attorney for Plaintiff, MARSHALL LOSKOT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| MARSHALL LOSKOT,  Plaintiff(s),  v.  RAFAEL VIZCAINO, aka RAFAEL VISCAYNO, dba LOS COMPADRES, RICHARD A. BOCCI, DEBIRAH L. BOCCI, et al.,  Defendant(s). | CASE NUMBER  4:09-CV-03026-PJH  NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT  RULE 41(a) OR (c) F.R.Civ.P. |
|---|---|

PLEASE TAKE NOTICE: (Check one)

☐   This action is dismissed by the Plaintiff (s) in its entirety.

☐   The Counterclaim brought by Claimant (s) _____ is dismissed by Claimant (s) in its entirety.

☐   The Cross-Claim brought by Claimant (s) _____ is Dismissed by the Claimant (s) in its entirety.

☐   The Third-party Claim brought by Claimant (s) _____ is Dismissed by the Claimant (s) in its entirety.

■   **ONLY** Defendants <u>RICHARD A. BOCCI and DEBORAH L. BOCCI</u> are dismissed with prejudice from
(Circle one)  (**Complaint**)   Counterclaim,   Cross-claim,   Third Party Claim
brought by _____.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

DATED:    February 8, 2010                    /s/Richard E. Grabowski
                                              Signature of Attorney/Party

NOTE: F.R.Civ.P. 41(a): THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

F.R.Civ.P. 41(c): COUNTERCLAIMS, CROSS-CLAIMS & THIRD-PARTY CLAIMS MAY BE DISMISSED BEFORE SERVICE OF A RESPONSIVE PLEADING OR PRIOR TO THE BEGINNING OF TRIAL.

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

CV-9  (7/01)        NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41 (a) or (c)