|   |   |
|---|---|
| 1 | **Richard E. Grabowski,** State Bar # 236207 |
|   | rgrabowski@mckinleyville.net |
| 2 | **611 "L" Street, Suite A** |
|   | **Eureka, CA 95501** |
| 3 |   |
| 4 | **(707) 441-1177** |
|   | **FAX: 441-1533** |
| 5 | **Attorney for Plaintiff, MARSHALL LOSKOT** |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| MARSHALL LOSKOT, | ) Case No. 4:09-CV-03026-PJH |
|---|---|
|   | ) |
| Plaintiff, | ) STIPULATION OF DISMISSAL WITH |
| v. | ) PREJUDICE AND (~~Proposed~~) ORDER |
|   | ) |
| RAFAEL VIZCAINO, aka RAFAEL | ) |
| VISCAYNO, dba LOS COMPADRES, | ) |
| RICHARD A. BOCCI, DEBORAH L. BOCCI, | ) |
| et al., | ) |
|   | ) |
| Defendants. | ) |

Plaintiff, MARSHALL LOSKOT, and Defendant, RAFAEL VIZCAINO, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

Dated:   February 8, 2010        /s/ Richard E. Grabowski
                                 Richard E. Grabowski, Attorney for Plaintiff

Dated:   February 8, 2010        /s/ Tod Ratfield
                                 Tod Ratfield, Attorney for Defendant

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>LOSKOT v VIZCAINO, et al.</u>, Case Number 4:09-CV-3026 PJH, is dismissed with prejudice with each party to bear his or her own attorneys fees and costs.

Dated: __2/12/10_____     _____
                               PHYLLIS J. HAMILTON
                               UNITED STATES DISTRICT JUDGE



.